31 F.3d 1172
 Hymon (Josephine Dover), Estate of Hymon (George), parent of
Hymon (George, Jr., Alia, Mary, Terika), Hymon
(Troy), Estate ofHymon (Ruth Tillison),
Hymon (Barry, Darryl)
v.
Southland Corporation, t/a 7-11 Store, Franchisee of
Southland Corporation, Citgo Petroleum Corporation
v. Rice (Eric), Martins (Cindy)
 NO. 93-2138
 United States Court of Appeals,
Third Circuit.
 July 15, 1994
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.